1  CHARLES J. McKEE        (SBN 152458)
   County Counsel
2  WILLIAM LITT            (SBN 166614)
   Deputy County Counsel
3  Office of the County Counsel
   County of Monterey
4  168 West Alisal Street, Third Floor
   Salinas, California 93901-2653
5  Telephone: (831) 755-5045
   Facsimile: (831) 755-5283
6
   Attorneys for Defendant,
7  COUNTY OF MONTEREY

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11 JAMES EDWARD KING,                )   Case No.:   C10-00322 HRL
                                     )
12         Plaintiff,                )
                                     )
13     vs.                           )   STIPULATION AND [PROPOSED]
                                     )   ORDER SELECTING ADR PROCESS
14 COUNTY OF MONTEREY, MICHAEL       )
   KANALAKIS, and DOES 1-100,        )
15 inclusive,                        )
                                     )
16         Defendants.               )
                                     )
17

18 Counsel Report that they have met and conferred regarding ADR and have reached the following

19 stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5.

20     The parties agree to participate in the following ADR Process:

21     **Court Processes:**

22         Early Neutral Evaluation (ENE)  (ADR L.R. 5)

23     The parties agree to hold the ADR session by:

24         The presumptive deadline.

25 ///

26 ///

27 ///

28 ///

Office of the County Counsel
168 W. Alisal Street, 3rd Floor
Salinas, CA 93901-2439

King v. County of Monterey
STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

Case No. C10-00322 HRL
- 1 -

| | | |
|---|---|---|
| 1 | Dated: March ___, 2010 | OFFICE OF THE COUNTY COUNSEL<br>COUNTY OF MONTEREY |
| 2 | | |
| 3 | | |
| 4 | | _____<br>WILLIAM LITT,<br>Counsel for County of Monterey |
| 5 | | |
| 6 | | *Michael B. Moore* |
| 7 | Dated: March 19, 2010 | _____<br>MICHAEL B. MOORE,<br>Counsel for Plaintiff |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | Dated: March ___, 2010 | _____<br>RALPH W. BOROFF,<br>Counsel for Plaintiff |
| 12 | | |

### [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

Early Neutral Evaluation (ENE)

Deadline for ADR session is 90 days from the date of this order.

**IT IS SO ORDERED.**

DATED: 3/22/10

_____
UNITED STATES DISTRICT JUDGE

Office of the County Counsel
168 W. Alisal Street, 3rd Floor
Salinas, CA 93901-2439

*King v. County of Monterey*
STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

Case No. C10-00322 HRL
- 2 -

| | |
|---|---|
| Dated: March 16, 2010 | OFFICE OF THE COUNTY COUNSEL<br>COUNTY OF MONTEREY<br><br>_____<br>WILLIAM LITT,<br>Counsel for County of Monterey |
| Dated: March ____, 2010 | _____<br>MICHAEL B. MOORE,<br>Counsel for Plaintiff |
| Dated: March 16, 2010 | _____<br>RALPH W. BOROFF,<br>Counsel for Plaintiff |

## [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

Early Neutral Evaluation (ENE)

Deadline for ADR session is 90 days from the date of this order.

**IT IS SO ORDERED.**

DATED:_____                    _____
                                          UNITED STATES DISTRICT JUDGE

Office of the County Counsel
168 W. Alisal Street, 3rd Floor
Salinas, CA 93901-2439

*King v. County of Monterey*
STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

Case No. C10-00322 HRL
- 2 -