UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| JAMES EDWARD KING,<br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF MONTEREY,<br>    Defendant.<br>_____/ | No. C 10-0322 JF<br><br>**ORDER APPROVING REQUEST TO EXCUSE DEFENDANT SHERIFF MICHAEL KANALAKIS FROM PARTICIPATING IN THE MEDIATION SESSION**<br><br>Date:        May 17, 2010<br>Mediator:  David Levy |

IT IS HEREBY ORDERED that the request to excuse defendant Sheriff Michael Kanalakis from participating in the May 17, 2010, mediation session before David Levy is GRANTED. Sheriff Kanalakis's designee, Chief Ray McLaughlin, shall appear in person instead.

IT IS SO ORDERED.

5/5/10                              By:                    *Elizabeth D. Laporte*
Dated                                                       Elizabeth D. Laporte
                                                             United States Magistrate Judge